United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 22, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

)))))))))))))))))))))))))))

No. 05-60561

)))))))))))))))))))))))))))

SHARON ANN FORMAN,

        Plaintiff-Appellant,

   v.

SOUTHERN MOTION, INC.,

        Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Mississippi
No. 3:03-CV-0232

Before JONES, Chief Judge, and REAVLEY and PRADO, Circuit Judges.

PER CURIAM:[*]

    Sharon Forman appeals the district court's order dismissing her sexual harassment claim against Southern Motion, Inc., brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2 (2003 & Supp. 2006), as well as her state law claims of intentional infliction of emotional distress, negligent retention, and negligent supervision.  After reviewing the briefs and pertinent record excerpts and considering the oral arguments

---

    [*] Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

of the parties, the court concludes that the district court did not err in deciding that Forman's evidence did not create a genuine issue of material fact as to either a quid pro quo claim or a hostile work environment claim under Title VII. Further, the district court did not err in granting summary judgment on Forman's state law claims of intentional infliction of emotional distress, negligent retention, and negligent hiring. We therefore AFFIRM the judgment of the district court.

AFFIRMED.